TOLEDO BAR ASSOCIATION *v.* ZAVAC.

[Cite as Toledo Bar Assn. *v.* Zavac (1988), 40 Ohio St. 3d 337.]

(No. D.D. 88-17—Submitted November 1, 1988—Decided December 30, 1988.)

*Craig F. Frederickson* and *Martin J. Witherell,* for relator.

*Jon D. Richardson,* for respondent.

*Per Curiam.* Having thoroughly reviewed the instant record, this court concurs with the board's findings and its recommendation. Accordingly, respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.